IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BURRIS, dba SIERRA BROKERS REAL ESTATE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation, and DOES 1 through 20, inclusive, <br><br> Defendants. | 2:10-cv-01561-GEB-DAD <br><br> <u>OSC Matter</u> |

Counsel for each party was issued an OSC on November 10, 2010 for failing to file a status report, to which each counsel responded. (ECF Nos. 18-20.) Although the responses reveal each counsel could be sanctioned, the judge will not impose a sanction this time.

Dated:  December 2, 2010

GARLAND E. BURRELL, JR.
United States District Judge